## FRED A. MANFREDONIA *v.* SALVATORE MAROTTOLI ET AL.
### (8497)

DUPONT, C. J., FOTI and LAVERY, Js.

Argued September 26—decision released October 3, 1990

*Edmund L. Pantani,* for the appellants (defendants).
*Roy H. Scharf,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.